IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUDY PORTILLO-QUINTANILLA, <br><br>　Petitioner, <br><br>v. <br><br>DONALD J. TRUMP, *et al.*, <br><br>　Respondents. | Civil Action No. 8:25-cv-01240-LKG <br><br> Dated: April 17, 2025 |

## SCHEDULING ORDER

On April 16, 2025, the Petitioner, Rudy Portillo-Quintanilla, filed an emergency petition for a writ of habeas corpus in the above-captioned matter. ECF No. 1. On April 17, 2025, the Court held a telephonic status conference. ECF No. 2. In light of the foregoing, and for the reasons stated during the status conference, the Court **DIRECTS** the parties to **FILE** a joint status report **on or before April 21, 2025**, stating the status of the case.

　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　s/ Lydia Kay Griggsby
　　　　　　　　　　　　　　　　　　　　　　LYDIA KAY GRIGGSBY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge