IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUDY PORTILLO-QUINTANILLA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 8:25-cv-01240-LKG <br><br> Dated: April 22, 2025 |

## SCHEDULING ORDER

On April 21, 2025, the parties filed a joint status report stating that the Respondents believe that the above-captioned matter should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1). ECF No. 7. The Petitioner states that he opposes dismissal. *Id.* In light of the foregoing, the parties shall adhere to the following schedule for the briefing of the Respondents' motion to dismiss:

| | |
|---|---|
| Respondents' motion to dismiss. | **May 6, 2025** |
| Petitioner's response in opposition. | **May 20, 2025** |
| Respondents' reply. | **May 27, 2025** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge