IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Rudy Portillo-Quintanilla,** <br> A#240-066-329 <br><br> Petitioner, <br><br> v. <br><br> **Kristi Noem,** *et al.*, <br><br> Respondents. | Civil Case No. 1:25-cv-1240-LKG |

**ORDER**

Upon consideration of Petitioner's Emergency Writ of Habeas Corpus, Respondent's Opposition thereto and Motion to Dismiss, and any Reply and any oral argument, it is hereby

ORDERED that Petitioner's Emergency Writ of Habeas Corpus is DENIED, and it is further

ORDERED that Petitioner's Emergency Writ of Habeas Corpus be DISMISSED pursuant to Federal Rule of Civil Procedure 12(b)(1).

**IT IS SO ORDERED**, this ___ day of _____, 2025.

_____
THE HONORABLE LYDIA K. GRIGGSBY
UNITED STATES DISTRICT COURT JUDGE

2